United States District Court
Southern District of Texas
**ENTERED**
March 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Forget Me Not Bar CC, LLC, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> Forget Me Not Kitchen and Cocktail § <br> Lounge, et al., § <br> *Defendants*. § | Civil Action No. H-23-2720 |

### ORDER OF ADOPTION

On March 12, 2025, Magistrate Judge Peter Bray recommended that Plaintiff's motion for sanctions be granted and that default judgment in the amount of $180,250 be entered against Defendant Imaine Molo. ECF No. 72. The court also concluded that there is no just reason for delay and recommended that the default judgment against Molo be entered as a separate final judgment under Rule 54(b). No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on March 27, 2025.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE