United States District Court
Southern District of Texas
**ENTERED**
October 01, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Forget Me Not Bar CC, LLC, § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> Forget Me Not Kitchen and § <br> Cocktail Lounge, et al., § <br> *Defendants.* § | Civil Action No. H-23-2720 |

## ORDER OF ADOPTION

On September 12, 2025, Magistrate Judge Peter Bray recommended that Plaintiff's motion for default judgment be denied. (D.E. 97.) No objections were filed.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion.

Signed at Houston, Texas, on September 30, 2025.

DAVID HITTNER
SENIOR UNITED STATES DISTRICT JUDGE